UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:14-cr-89-T-30MAP

HOWAYDA HAMDAN

**FORFEITURE MONEY JUDGMENT**

The United States moves (Doc. 48) for a forfeiture money judgment in the amount of $1,168,858.11 against defendant Howayda Hamdan, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2).

Being fully advised in the premises, the Court hereby finds that as a result of the wire fraud conspiracy, in violation of 18 U.S.C. § 1349, as charged in Count One of the Indictment, for which he has been adjudged guilty, Hamdan obtained $1,168,858.11 in proceeds traceable to the offense.  Thus, the United States is entitled to a forfeiture money judgment against the defendant in this amount pursuant to Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

The Court further finds that the United States is entitled, under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to forfeit any property belonging to the defendant as a substitute asset in satisfaction of his money judgment.

Accordingly, it is **ORDERED** that the motion (Doc. 48) of the United States is GRANTED.

It is further ORDERED that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), defendant Howayda Hamdan is liable to the United States of America for a forfeiture money judgment in the amount of $1,168,858.11, representing the amount of proceeds he obtained as a result of the wire fraud conspiracy charged in Count One, for which he was adjudged guilty.

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4) and the defendant's Plea Agreement (Doc. 36 at 6), the order of forfeiture will be final as to the defendant upon entry.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any property belonging to the defendant that the government may seek, up to and including the value of the money judgment, and to address any third party claim that may be asserted.

**DONE** and **ORDERED** in Tampa, Florida, on October 24th, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Parties/Counsel of Record

F:\Docs\2014\14-cr-89 Hamden FMJ.docx